IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IMPERIAL PARK, LLC and, ) <br> RERUN OF TENNESSEE, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> PENN-STAR INSURANCE COMPANY, ) <br> and/or its parent, ) <br> GLOBAL INDEMNITY GROUP, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 3:14-cv-0609 <br><br> JURY DEMAND <br><br> Judge Trauger <br><br> Magistrate Judge Bryant |

## AGREED ORDER ON EXTENSION TO ANSWER THE COMPLAINT

As indicated by the signatures of counsel for the parties below, counsel for the Defendants filed a Motion for an Extension to Answer the Complaint. Based upon the motion and there being good cause, it is hereby **ORDERED** that Defendants, Penn-Star Insurance Company and Global Indemnity Group, Inc. are granted an extension to answer the Complaint until March 26, 2014.

**Approved for Entry:**

**SPICER RUDSTROM PLLC**

/**s/** Michael J. Vetter, Sr.
Michael J. Vetter, Sr.
BPR# 13642
Bank of America Tower
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile

_____
U.S. District Judge

Bob Lynch, Jr.


/**s/**  Bob Lynch, Jr.     ._____
222 Second Avenue, North
Suite 316
Nashville, TN 37201
(615) 255-2888
office@boblynchlaw.com
*Attorney for Plaintiff*