## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IMPERIAL PARK, LLC and ) <br> RERUN OF TENNESSEE, LLC, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PENN-STAR INSURANCE COMPANY and ) <br> GLOBAL INDEMNITY GROUP, INC., ) <br> ) <br>     Defendants. ) | Civil No. 3:14-0609 <br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for April 29, 2014 at 4:00 p.m. is **RESET** for the same day at 3:30 p.m.

It is so **ORDERED**.

ENTER this 23rd day of April 2014.

                                                    _____
                                                    ALETA A. TRAUGER
                                                    U.S. District Judge