

## Honeycutt Engineering, Inc.

PO Box 41006 - Nashville, Tennessee 37204-1006

# Invoice for Services

| DATE | 6/22/2012 | INVOICE NO. | 3368 |

**BILL TO**

Imperial Park LLC
1001 Rosemount Terrace
Smyrna, TN 37167

**PROJECT REFERENCE**

Engineering Services
Design for Repair to Freezer Buildings
  and Exterior Wall
ReRun of Tennessee - 783 14th Ave & D St.
Smyrna, Tennessee

| P.O. NO. | TERMS | PROJECT NO. | DUE DATE |
|---|---|---|---|
|  | Net 10 | 12026 - 001 | 7/2/2012 |

| DESCRIPTION | HOURS OR UNITS | RATE OR MULT. | AMOUNT |
|---|---|---|---|
| PROFESSIONAL ENGINEERING SERVICES - DIRECT LABOR & SUB-CONSULTANTS INCURRED TO DATE OF INVOICE - Includes field survey, analysis, design and drafting | | | |
| Senior Structural Engineer, G. Xu, P.E. | 52 | 115.00 | 5,980.00 |
| Engineer (Principal) - W. Honeycutt, P.E. | 4 | 130.00 | 520.00 |
| CAD Designer, Ben Caraway | 50 | 55.00 | 2,750.00 |
| Technical CAD Designer - Joe Brenner | 10 | 60.00 | 600.00 |
| SUBTOTAL - PROFESSIONAL SERVICES | | | 9,850.00 |
| | | | |
| REIMBURSABLE EXPENSES INCURRED TO DATE OF INVOICE | | | |
| Direct Expenses - Printing of construction documents, photos, express postage, long-distance telephone, licenses, fees - shipping and printing | 55 | 1.10 | 60.50 |
| SUBTOTAL - REIMBURSABLE EXPENSES | | | 60.50 |

Thank you for your business!

**Total** $9,910.50

Please remit to PO Box 41006, Nashville, TN 37204-1006

pd. 8/15/12
10/9/12


# Honeycutt Engineering, Inc.

PO Box 41006 - Nashville, Tennessee 37204-1006

# Invoice for Services

| DATE | 12/28/2012 | INVOICE NO. | 3455 |
|---|---|---|---|

| BILL TO | PROJECT REFERENCE |
|---|---|
| Imperial Park LLC<br>1001 Rosemount Terrace<br>Smyrna, TN 37167<br>Attn: Ms. Cathy Luna | Engineering Services for Evaluation of<br>Wind Damage - Freezer Building<br>783 14th Avenue & D Street<br>Smyrna, Tennessee |

| P.O. NO. | TERMS | PROJECT NO. | DUE DATE |
|---|---|---|---|
|  | Due on receipt | 12054-001 | 12/28/2012 |

| DESCRIPTION | HOURS OR UNITS | RATE OR MULT. | AMOUNT |
|---|---|---|---|
| PROFESSIONAL ENGINEERING SERVICES - DIRECT LABOR & SUB-CONSULTANTS - Investigative Services and Report of Damages to Freezer Building | | | |
| FIELD SURVEY OF EXISTING CONDITIONS FOLLOWING WIND EVENT - Completed 8/31/12 | | | |
| CAD Designer, Ben Caraway | 17 | 60.00 | 1,020.00 |
| Engineer (Principal) - W. Honeycutt, P.E. | 10 | 135.00 | 1,350.00 |
| Senior Structural Engineer, G. Xu, P.E. | 4 | 125.00 | 500.00 |
| SUBTOTAL - PROFESSIONAL SERVICES | | | 2,870.00 |
| ENGINEERING ANALYSIS AND RESEARCH PHASE, PREPARATION OF DRAWINGS AND EXHIBITS - Completed 9/28/12 | | | |
| CAD Designer, Ben Caraway | 27 | 60.00 | 1,620.00 |
| Senior Structural Engineer, G. Xu, P.E. | 35 | 125.00 | 4,375.00 |
| SUBTOTAL - PROFESSIONAL SERVICES | | | 5,995.00 |
| REPORT WRAP UP - SUMMARY - Completed 10/12/12 | | | |
| CAD Designer, Ben Caraway | 10 | 60.00 | 600.00 |
| Senior Structural Engineer, G. Xu, P.E. | 6 | 125.00 | 750.00 |
| Engineer (Principal) - W. Honeycutt, P.E. | 8 | 135.00 | 1,080.00 |
| SUBTOTAL - PROFESSIONAL SERVICES | | | 2,430.00 |
| REIMBURSABLE EXPENSES INCURRED TO DATE OF INVOICE | | | |
| Printing of documents | 74.91 | 1.10 | 82.40 |
| Auto Mileage on Employee Vehicle - 6 trips | 276 | 0.555 | 153.18 |
| Laboratory analysis and report, test samples - wall moisture - PSI | 2,796.5 | 1.05 | 2,936.33 |
| SUBTOTAL - REIMBURSABLE EXPENSES | | | 3,171.91 |
| Thank you for your business! | | **Total** | **$14,466.91** |

Please remit to PO Box 41006, Nashville, TN 37204-1006



# Honeycutt Engineering, Inc.

PO Box 41006 - Nashville, Tennessee 37204-1006

# Invoice for Services

| DATE | 8/16/2013 | INVOICE NO. | 3503 |
|---|---|---|---|

| BILL TO | PROJECT REFERENCE |
|---|---|
| Imperial Park LLC<br>1001 Rosemont Terrace<br>Smyrna, TN 37167 | Freezer Building Design<br>and Slab Investigation<br>ReRun of Tennessee<br>Smyrna, Tennessee |

| P.O. NO. | TERMS | PROJECT NO. | DUE DATE |
|---|---|---|---|
|  | Net 20 | 12083-001 | 9/5/2013 |

| DESCRIPTION | HOURS OR UNITS | RATE OR MULT. | AMOUNT |
|---|---|---|---|
| PROFESSIONAL ENGINEERING SERVICES - DIRECT LABOR & SUB-CONSULTANTS INCURRED THROUGH DATE OF INVOICE - Design of Freezer Rebuild and Investigations of Slab Replacement - Includes field investigation and measurements, rack evaluation | | | |
| Engineer (Principal) - W. Honeycutt, P.E. | 92 | 135.00 | 12,420.00 |
| CAD Designer, Ben Caraway | 135 | 60.00 | 8,100.00 |
| Brian D. Moon | 32 | 50.00 | 1,600.00 |
| SUBTOTAL - PROFESSIONAL SERVICES | | | 22,120.00 |
| | | | |
| REIMBURSABLE EXPENSES INCURRED TO DATE OF INVOICE | | | |
| Printing of documents | 105.15 | 1.10 | 115.67 |
| Auto Mileage on Employee Vehicle | 420 | 0.56 | 235.20 |
| Laboratory analysis and report | 1,160.75 | 1.10 | 1,276.83 |
| SUBTOTAL - REIMBURSABLE EXPENSES | | | 1,627.70 |
| | | | |
| TOTAL - FEE FOR LABOR AND EXPENSES | | | 23,747.70 |

Thank you for your business!

**Total** $23,747.70

Please remit to PO Box 41006, Nashville, TN 37204-1006