IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IMPERIAL PARK, LLC and,<br>RERUN OF TENNESSEE, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No. 3:14-cv-0609 |
| v. | )<br>) | JURY DEMAND |
| PENN-STAR INSURANCE COMPANY,<br>and/or its parent,<br>GLOBAL INDEMNITY GROUP, INC., | )<br>)<br>)<br>) | Judge Trauger<br><br>Magistrate Judge Bryant |
| Defendants. | | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

As indicated by the signatures of counsel for the parties below, the parties agree that the above-captioned case is compromised and should be dismissed with prejudice.

Based upon the foregoing, and there being good cause, it is hereby **ORDERED** that the case is dismissed with prejudice as to all claims that were made or could have been made herein by the parties. The plaintiffs are responsible for any and all subrogation and liens and each party shall bear their own discretionary costs.

Entered this  30th  day of December, 2015.

_____
United States District Court Judge

Page 1 of 2

Case 3:14-cv-00609   Document 92   Filed 12/30/15   Page 1 of 2 PageID #: 2910

**Approved for Entry:**

**SPICER RUDSTROM PLLC**

/**s/**  Michael J. Vetter, Sr.
Michael J. Vetter, Sr., BPR# 13642
Lance W. Thompson, BPR# 32401
Bank of America Tower
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile
mjv@spicerfirm.com


/s/ Michael H. Johnson
Michael H. Johnson, Esq., BPR# 13570
**HOWARD, TATE, SOWELL, WILSON,
 LEATHERS & JOHNSON PLLC**
201 Fourth Avenue, North, Suite 1900
Nashville, Tennessee 37219
(615) 256-1125 Telephone
(615) 244-5467 Facsimile
mjohnson@howardtatelaw.com


/s/ Bob Lynch, Jr.
Bob Lynch, Jr.
222 Second Avenue, North
Suite 316
Nashville, TN 37201
(615) 255-2888
office@boblynchlaw.com